**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00644-WJM-KMT

BRENDA SANDOVAL,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, a/k/a UNUM,

    Defendant.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    THIS MATTER was tried from September 24 through September 28, 2018, before an empaneled jury of eight, United States District Judge William J. Martínez presiding. The case was submitted to the jury on Thursday, September 27, 2018, on Plaintiff's claim of breach of contract.

    The jury rendered a unanimous verdict.

    Pursuant to and in accordance with the jury's verdict for the Plaintiff and the Court's Order Granting Motion for Declaratory Judgment [ECF 132], filed January 15, 2019, it is therefore

    ORDERED that judgment is entered in favor of Plaintiff, Brenda Sandoval, and against Defendant, Unum Life Insurance Company of America, in the amount of $81,244.85. It is further

ORDERED that post-judgment interest shall accrue at the current rate of 2.59 percent, as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment. It is further

ORDERED that costs shall be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

ORDERED that declaratory judgment is entered in favor of Plaintiff, Brenda Sandoval, who is declared to have been disabled within the meaning of the Policy when Unum terminated her benefits and to have continued to be disabled within the meaning of the Policy through September 28, 2018, the date of the jury verdict. It is further

ORDERED that Defendant, Unum Life Insurance Company of America, is permanently enjoined as follows:

  i. Defendant is ordered to reinstate Plaintiff, Brenda Sandoval, to her Policy as of September 29, 2018, and to pay future monthly benefits to Plaintiff consistent with the terms of the Policy as long as Plaintiff qualifies under the terms of the Policy to receive those benefits.

  ii. Defendant is enjoined from terminating Plaintiff Brenda Sandoval's benefits under the Policy based on any fact or circumstance in existence as of September 28, 2018, the date of the verdict. Defendant may terminate benefits in the future consistent with the terms of the Policy, or if Plaintiff fails to comply with the terms of the Policy, but any such future termination must be based on facts or circumstances that post-date the date of the verdict in this case.

DATED at Denver, Colorado, this 17th day of January, 2019.

APPROVED:

_____
United States District Judge

FOR THE COURT:
Jeffrey P. Colwell, Clerk


By:   s/L.Roberson
L. Roberson, Deputy Clerk